UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                               :

STAR INSURANCE COMPANY,         :    13-CV-3635 (ARR)(RML)

            Plaintiff,        :    <u>NOT FOR ELECTRONIC</u>
                               :    <u>OR PRINT PUBLICATION</u>

    -against-             :

                               :    <u>ORDER</u>

CHAMPION CONSTRUCTION SERVICES CORP.,  :
MUHAMMAD PERVAIZ, and FARHANA PERVAIZ,  :

            Defendants.    :

-------------------------------------------------------------- X

ROSS, United States District Judge:

       The court has received the Report and Recommendation on the instant case dated July 29,

2014, from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have

been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error

on the face of the record. <u>See</u> Advisory Comm. Notes to Fed. R. Civ. P. 72(b); <u>accord</u> <u>Brissett v.</u>

<u>Manhattan & Bronx Surface Transit Operating Auth.</u>, No. 09-CV-1930682 (CBA) (LB), 2011

WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error.

I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court

pursuant to 28 U.S.C. § 636(b)(1).

       Therefore, judgment is granted to plaintiff, and plaintiff is awarded $89,444.22 in

damages as indemnification for its losses and $65,000 as collateral security.

SO ORDERED.

                                 /s/(ARR)

                               _____
                                 Allyne R. Ross
                                 United States District Judge

Dated:      August 14, 2014
             Brooklyn, New York

1